

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00881-CR

The **STATE** of Texas,
Appellant

v.

Jose Efrain **DE LOS SANTOS GONZALEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13925CR
Honorable Dennis Powell, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Jose Efrain De Los Santos Gonzalez's request for habeas relief; RENDER judgment denying De Los Santos Gonzalez's habeas application; and REINSTATE the information charging De Los Santos Gonzalez with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Adrian A. Spears II, Justice

---

[1] Justice Lori Massey Brissette is not participating.